IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Whitfield, James L | Case Number: 07 B 19024 |
|---|---|---|
| | Whitfield, Patricia G | Judge: Hollis, Pamela S |
| | Printed: 7/1/08 | Filed: 10/15/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: May 19, 2008
Confirmed: December 10, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 1,170.00 | |
| Secured: | | 1,106.82 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 63.18 |
| Other Funds: | | 0.00 |
| Totals: | 1,170.00 | 1,170.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ernesto D Borges Jr Esq | Administrative | 2,500.00 | 0.00 |
| 2. | Option One Mortgage Corp | Secured | 0.00 | 0.00 |
| 3. | Aaron Rents | Secured | 0.00 | 0.00 |
| 4. | CitiFinancial Auto Credit Inc | Secured | 25,354.81 | 1,106.82 |
| 5. | Option One Mortgage Corp | Secured | 6,979.46 | 0.00 |
| 6. | Aaron Rents | Unsecured | 0.70 | 0.00 |
| 7. | CitiFinancial Auto Credit Inc | Unsecured | 0.00 | 0.00 |
| 8. | Triad Financial Services | Unsecured | 1,187.03 | 0.00 |
| 9. | Verizon Wireless Midwest | Unsecured | 130.10 | 0.00 |
| 10. | Illinois Dept Of Public Aid | Priority | | No Claim Filed |
| 11. | Cda/Pontiac | Unsecured | | No Claim Filed |
| 12. | Comcast | Unsecured | | No Claim Filed |
| 13. | Credit Protection Association | Unsecured | | No Claim Filed |
| 14. | Monterey Financial Services | Unsecured | | No Claim Filed |
| 15. | Nicor Gas | Unsecured | | No Claim Filed |
| 16. | Payday Loan | Unsecured | | No Claim Filed |
| 17. | Professional Account Management | Unsecured | | No Claim Filed |
| 18. | St Margaret Mercy Hospital | Unsecured | | No Claim Filed |
| 19. | TCF Bank | Unsecured | | No Claim Filed |
| 20. | Washington Mutual Bank FA | Unsecured | | No Claim Filed |
| | | | $ 36,152.10 | $ 1,106.82 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 63.18 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Whitfield, James L | Case Number:  07 B 19024 |
| Whitfield, Patricia G | Judge:  Hollis, Pamela S |
| Printed:  7/1/08 | Filed:  10/15/07 |

_____
$ 63.18

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

